NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-736

STATE OF LOUISIANA

VERSUS

EUGENE H. MOORE

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 85939
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**J. DAVID PAINTER**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, J. David Painter, and James T. Genovese, Judges.

**SENTENCE AFFIRMED; MOTION TO WITHDRAW GRANTED.**

**W. Jarred Franklin**
**Louisiana Appellate Project**
**3001 Old Minden Road**
**Bossier City, LA 71112**
**Counsel for Defendant-Appellant:**
    **Eugene H. Moore**

**Cecil R. Sanner**
**Cameron Parish District Attorney's Office**
**P.O. Box 280**
**Cameron, LA 70631**
**Counsel for Plaintiff-Appellee:**
    **State of Louisiana**